TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
EMMA C. O'ROURKE-FRIEL, WSBA 58052
Special Assistant United States Attorney
        Program Litigation 1
        Social Security Administration | Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: 410-965-6174
        Emma.c.orourke-friel@ssa.gov
        Attorneys for Defendant

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES F. G.,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>                    Defendant. | No. 2:25-cv-11757-DTB<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on May 6, 2026.

DATED: May 6, 2026 _____

HONORABLE DAVID T. BRISTOW

UNITED STATES MAGISTRATE JUDGE

2