UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAMES F. G.

      Plaintiff

vs.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

Case No.: 2:25-cv-11757-DTB

ORDER FOR STIPULATION FOR
THE AWARD AND PAYMENT OF
ATTORNEY FEES AND EXPENSES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and

expenses in the amount of $9,500.00 as authorized by 28 U.S.C.§ 2412 be awarded

subject to the terms of the Stipulation.

      IT IS ORDERED.

DATE:  May 13, 2026

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES
AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT - 1